IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | No. C 12-1499 JSW (PR) |
| | ) | |
| JAMES SMITH, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| _____ | ) | |

     On March 26, 2012, Plaintiff, an inmate in county jail, wrote a letter to the Court complaining that his constitutional rights were being violated. On the same day, the Clerk notified Plaintiff that he had not filed a complaint or a habeas petition. The Clerk also notified him that day that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with these deficiency notices, the Clerk mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within thirty days. No response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

     The Clerk shall enter judgment and close the file.

     IT IS SO ORDERED.

DATED: June 5, 2012

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

IN RE: JAMES L SMITH,

        Plaintiff,

  v.

IN RE: JAMES L SMITH et al,

        Defendant.
_____/

Case Number: CV12-01499 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James L. Smith CC12DT423
West County Jail
5555 Giant Hwy.
Richmond, CA 94801

Dated: June 5, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk